| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Prober & Raphael, A Law Corporation**<br>**Lee S. Raphael, Esq., BAR ID: 180030**<br>**Cassandra J. Richey, Esq., BAR ID: 155721**<br>**David F. Makkabi, Esq., BAR ID: 249825**<br>**20750 Ventura Boulevard, Suite 100**<br>**Woodland Hills, California 91364**<br>**Telephone # (818) 227-0100**<br>**Fax # (818) 227-0101**<br>**cmartin@pprlaw.net**<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:*<br>*U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A. (F.040-1414)* | **FILED & ENTERED**<br><br>**JUL 28 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** steinber **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER: 7 |
|---|---|
| Celsso Caprio Lapinid aka Celsso Caprio, dba Excel Group | CASE NO.: 8:09-bk-23318-ES |
| Debtor(s). | DATE: July 20, 2010<br>TIME: 9:30 AM<br>CTRM: 5A<br>FLOOR: 5th |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR**
**DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.)**

1. The Motion was: ☐ Contested  ☒ Uncontested  ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:* **3612 Texas Street**
    *Apartment/Suite No.:*
    *City, State, Zip Code:* **San Diego, California 92104**

    Legal description or document recording number (including county of recording):

    THE SOUTH 10 FEET OF LOT 21; ALL OF LOT 22 AND THE NORTH 5 FEET OF LOT 23, ALL IN BLOCK 10 OF PAULY'S ADDITION, IN THE CITY OF SAN DIEGO, COUNTY OF SAID SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 65, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, APRIL 1, 1873; ALSO ALL THAT PORTION OF THE WEST 10 FEET OF TEXAS STREET ADJOINING SAID PROPERTY ON THE EAST, WHICH WAS CLOSED NOVEMBER 22, 1910, BY ORDINANCE NO. 4284 OF THE COMMON COUNCIL OF THE CITY OF SAN DIEGO.

    ☐ See attached page.

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)  ☒ 11 U.S.C. § 362(d)(2)(A)  ☐ 11 U.S.C. § 362(d)(3)
   ☒ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

___

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                          **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Celsso Caprio Lapinid dba Excel Group | | | |
| | | Debtor(s) | CASE NO: 8:09-bk-23318-ES |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☒ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☒ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☒ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☒ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

### # # #

DATED: July 28, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                  **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 7 | |
|---|---|---|---|---|
| Celsso Caprio Lapinid dba Excel Group | | | | |
| | | Debtor(s) | CASE NO: | 8:09-bk-23318-ES |

**(*OPTIONAL*)**
**EXTRAORDINARY RELIEF ATTACHMENT**
**(MOVANT: U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.)**

*(This Attachment is the continuation page for Paragraph 10c of the foregoing Order.)*

Based upon evidence of efforts by Debtor(s) or others acting in concert with Debtor(s) to delay, hinder or defraud Movant by abusive bankruptcy filings, this court further orders as follows:

1. ☐ This Order is binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of the Motion.

2. ☐ This Order is binding and effective in any bankruptcy case commenced by or against any successors, transferees, or assignees of the above-named Debtor(s) for a period of 180 days from the hearing of the Motion.
    ☐ without further notice.
    ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

3. ☐ This Order is binding and effective in any bankruptcy case commenced by or against any debtor(s) who claim(s) any interest in the Property for a period of 180 days from the hearing of the Motion.
    ☐ without further notice.
    ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

4. ☐ This Order is binding and effective in any future bankruptcy case, no matter who the debtor(s) may be
    ☐ without further notice.
    ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

5. ☐ The Debtor(s) is/are hereby enjoined from transferring all or any portion of the Property for a period of 180 days from the hearing of the Motion except as may be authorized by further order of this Court, and any transfer in violation of this Order is void.

6. ☐ The Sheriff or Marshal may evict the Debtor(s) and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of the Motion.
    ☐ without further notice.
    ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

7. ☒ Other (*specify*): U.S.C. Sec 362(d)(4): If recorded in compliance with applicable State laws governing notices of interests or other liens in real property, this order shall be binding in any other case under this title purporting to affect such real property filed not later than 2 years after the date of the entry of such order by this court, except that a debtor in a subsequent case under this title may move for relief from such order based upon changed circumstances or for good cause shown, after notice and a hearing. Any Federal, State or local governmental unit shall accept any certified copy of an order described in this subsection for indexing and recording.

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                                  **F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| Celsso Caprio Lapinid dba Excel Group | Debtor(s) | CASE NO: 8:09-bk-23318-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364

The foregoing document described **ORDER ON MOTION FOR RELIEF FROM STAY (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 20, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/20/10 | Asalia Catalan | /s/ Asalia Catalan |
|---|---|---|
| Date | Type Name | Signature |

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009* **F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| Celsso Caprio Lapinid dba Excel Group | Debtor(s) | CASE NO: 8:09-bk-23318-ES |

**II.   SERVED BY U.S. MAIL**

Hon. Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593
Judge's Copy

Celsso Caprio Lapinid
11431 Marin Way
Garden Grove, CA 92840
Debtor in Pro Se

John M. Wolfe
5450 Trabuco Road
Irvine, CA 92620-5704
Chapter 7 Trustee

Joyce De Angelo
3612 Texas Street
San Diego, CA 92104
Borrower

Occupant
3612 Texas Street
San Diego, CA 92104

U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                          **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: | 7 |
|---|---|---|---|---|
| Celsso Caprio Lapinid dba Excel Group | | Debtor(s) | CASE NO: | 8:09-bk-23318-ES |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION GRANTING RELIEF FROM AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 05/15/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Alice Blanco bkmail@mrdefault.com
David R Chase dchaselaw@yahoo.com
Joseph C Delmotte ecfcacb@piteduncan.com
Gerald S Kim cdcaecf@bdfgroup.com
Joe M Lozano notice@NBSDefaultServices.com
David F Makkabi cmartin@pprlaw.net
Christopher M McDermott ecfcacb@piteduncan.com
Ramesh Singh claims@recoverycorp.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Darlene C Vigil cdcaecf@bdfgroup.com
John M Wolfe john.wolfe1@earthlink.net, CA83@ecfcbis.com
Kristin A Zilberstein bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Celsso Caprio Lapinid
11431 Marin Way
Garden Grove, CA 92840
Debtor In Pro Se

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Joyce De Angelo
3612 Texas Street
San Diego, CA 92104

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                        **F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| Celsso Caprio Lapinid dba Excel Group | Debtor(s) | CASE NO:    8:09-bk-23318-ES |

☐ Service information continued on attached page

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                   **F 4001-1O.RP**